[No. 28266-0-III.   Division Three.   March 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN CHARLES BRANDMIRE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-1-01824-1, Blaine G. Gibson, J., entered July 9, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 28641-0-III.   Division Three.   March 31, 2011.]

RHONDA JO GENNRICH, *Appellant*, v. THE CITY OF SPOKANE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-02757-9, Salvatore F. Cozza, J., entered November 17, 2009. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 59369-2-I.   Division One.   April 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC DWAYNE VENTRESS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-01527-9, Steven J. Mura, J., entered December 19, 2006. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 63478-0-I.   Division One.   April 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL ARNOLD JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-07967-6, Regina S. Cahan, J., entered May 6, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.